IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00231-F-1
No. 5:13-CV-00284-F

| | | |
|---|---|---|
| JULIUS GRANT JACKSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Julius Grant Jackson's Motion to Seal [DE-136] DE-134 and DE-135. Jackson contends that he is seeking to have these documents sealed to "keep this matter private" and away from the public.

DE-134 is the court's August 14, 2014 Order addressing Jackson's § 2255 motion, and DE-135 is the court's August 14, 2014 Judgment. A review of these two documents reveals that they do not contain any confidential information which warrants sealing. For this reason, Jackson's Motion to Seal [DE-136] is DENIED.

SO ORDERED.

This the 11' day of September, 2014.

_____
James C. Fox
Senior United States District Judge