IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00231-F-1
No. 5:13-CV-00284-F

| | | |
|---|---|---|
| JULIUS GRANT JACKSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Julius Grant Jackson's most recent Motion to Seal [DE-138]. In his motion, Jackson argues that DE-134 and DE-135 need to be sealed for the following reasons: (1) this matter needs to be kept private and away from the public; (2) the two documents contain confidential information relating to his Presentence Report and plea agreement; and (3) this court previously entered an order sealing related files.

A review of the record reveals that Jackson made the exact same request on August 29, 2014. At that time, the court concluded that DE-134 and DE-135 did not contain any confidential information which warranted sealing.[1] For that same reason, Jackson's Motion to Seal [DE-138] is DENIED.

SO ORDERED.

This the 30 day of September, 2014.

James C. Fox
Senior United States District Judge

---

[1] DE-134 is the court's August 14, 2014 Order addressing Jackson's § 2255 motion, and DE-135 is the court's August 14, 2014 Judgment.