IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00231-F-1
No. 5:13-CV-00284-F

| | | |
|---|---|---|
| JULIUS GRANT JACKSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Julius Grant Jackson's Renewed Motion to Seal [DE-142]. In his motion, Jackson argues that DE-134 contains confidential information related to his Presentence Report and plea agreement with the Government.

DE-134 refers to this court's August 14, 2014 Order that dismissed Jackson's section 2255 motion. A review of that order reveals that although it contains no specific information, the August 14, 2014 Order does refer to Jackson's substantial assistance, which Jackson is adamant has created a threat to his safety. Accordingly, Jackson's Renewed Motion to Seal [DE-142] is ALLOWED.

SO ORDERED.

This the 24 day of October, 2014.

_James C. Fox_
James C. Fox
Senior United States District Judge